UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                                          x
KIM,                                                      x
                                                          x
         plaintiff,                                       x
                                                          x       Civ. No. 05-3407
v.                                                        x
                                                          x       **ORDER**
UNITED STATES OF AMERICA,                                 x
                                                          x
         defendant.                                       x
_____                    x

**THIS MATTER** having come before the Court on petitioner Susan H. Kim's application for relief pursuant to 18 U.S.C. § 2255 based upon the contention that she was denied effective assistance of counsel; and the Government having submitted opposition to petitioner's application; and the Court having carefully reviewed the parties' submissions, and for the reasons set forth in the Court's Opinion issued on the date hereof, and for good cause shown,

IT IS on this 3rd day of April, 2006,

**ORDERED** that petitioner's application is **DENIED**; and

**IT IS FURTHER ORDERED** that this case shall be deemed **CLOSED**.

                                              s/ Stanley R. Chesler
                                              United States District Judge